UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Pastor Homar
        Plaintiff

-v-s-

Glaxomithkline USA
Elilily    ET al
      Defendants

Civil Actions No 3:02 CV 1795 (AHN)
No 3:03 CV 1528 (JCH)

FILED
2003 OCT 15 P 3:20
US DISTRICT...
BRIDGEPORT...

OCT, 2, 2003

Plaintiff's Motion To Re-Open To Re-File To Add To Leave an Amended To The Already filed Complaint under the above Caption

Now comes the plaintiff Pastor Homar, as Pro-Se Garner Correctional Institution 50 Nunnawauk Road Po Box 5500 NewTown, Connecticut 06470-5500 and states as follows:

1) The plaintiff is filing an issue to Re-Open, To Refile and leave to amended his already filed Complaint that was given a judgement by the Court Judge Alan H Nevas, on an order to the plaintiff dated October 28, 2002 to show cause why this complaint should not be dismissed. The plaintiff unknowingly made no such responce.

2) The plaintiff is a non speaking English inmate whom has had several "Jail House" help which don't know any such laws or dealing with issues to correct as Pro-Se involving legal court matters

3) The plaintiff states he had filed into the Superior Court JD of Hardford and was issued a docket No CV-02-0821015s this case is presently dismissed by the Court on November 26, 2002 due the facts he failed to answer interrogatories by the defendents Morgan Werner MD attorneys Kimberly F Wells.

4) The plaintiff has paid to this court $150.00 dollars and is now issued another docket No 3:03 CV 1528 JCH and this court is requesting him to file a 28 USC § 1915 with a six month account sheet which this is wrong and he is being charged for the same kinds of claims.

-1-

5) The plaintiff is stating clearly to the Courts attention that his claims are of given medication and due to facts have caused him serious harm which being an inmate of a non speaking English person has prejudice this plaintiff in forcing him to pay anther 150.00 dollars out of his inmates account

6) The plaintiff states further under Constitutional laws of the first, fifth, sixth, eighth and the Fourteenth amendment also under the due process he is requesting this court to re-open re-value his filed action and is requesting the court to issue appoint counsel to properly represent this plaintiff due to these matters

WHEREFORE the plaintiff respectfully request this court to grant such relief:

(A) Reopen this first filed action and combined these two issue Civil Actions as one filings that is already filed and fully paid by and through his inmates account of 150.00 dollars

(B) Order that this plaintiff be given some kind of help to investigate his claims, that he was given medication by the order of a doctor and that this medication did cause harm and caused serious issues and injuries.

(C) Grant such further relief that may seem just and proper to this court

Respectfully Submitted

X _____

Garner Correctional Institution
50 Nunnawauh Road
Po Box 5500
NewTown, Connecticut
06470-5500

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_____ District of _____

**Plaintiff**

V.

**Defendant**

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

PRISONER

CASE 3:02CV1795 (AHN)

I, Pastor Homer _____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your _____ Walker/McDougal Correctional Ctr.

   Are you employed at the _____ NO _____ Do you receive any payment from the _____ NO _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** transactions.

   ...rrently employed?   ☐ Yes   ☒ No

   ...answer is "Yes," state the amount of your take-home salary or wages and pay period and the name and address of your employer.

   ...answer is "No," state the date of your last employment, the amount of your take-home ...or wages and pay period and the name and address of your last employer.

   ...t 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | ...ess, profession or other self- | ☐ Yes | ☒ No |
   | ...payments, interest or dividends | ☐ Yes | ☒ No |
   | ...ions, annuities or life insurance | ☐ Yes | ☒ No |
   | ...ility or workers compensation payments | ☐ Yes | ☐ No |
   | ...or inheritances | ☐ Yes | ☒ No |
   | ...other sources | ☐ Yes | ☒ No |

   ...wer to any of the above is "Yes," describe, on the following page, each source of money ...the amount received and what you expect you will continue to receive.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
(203) 579-5861

KEVIN F. ROWE
CLERK

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

CHRYSTINE W. CODY
DEPUTY IN CHARGE

PASTOR HOMAR

V.

GLAXOSMITHLINE

PRISONER
CASE NO:3:03CV1528(JCH)

## NOTICE TO PLAINTIFF OF INSUFFICIENCY

Your application to proceed in forma pauperis has been filed; however, we cannot complete the processing of your complaint for the following reasons:

(XX)   Your in forma pauperis form is incomplete:

    ( )   You must answer all questions thoroughly
    ( )   You must have your prison account information certified by an authorized person
    (XX)  You must have the institution attach a ledger sheet showing at least the past **six** months' transactions

(XX ) Failure to submit Prisoner Authorization Form.

( ) Failure to provide Inmate Number.

(XX) Failure to provide complete address(es) of plaintiff(s) or defendant(s).

**\*\*PLEASE NOTE:** After correcting the deficiencies described above, please return your papers, along with a copy of this notice, to **MARY E. LARSEN, CLERK'S OFFICE, 915 LAFAYETTE BLVD., BRIDGEPORT, CONNECTICUT 06604 (LABEL ENCLOSED)**.

**The failure to correct these deficiencies within thirty (30) days from the date of this notice will result in your complaint being dismissed by the court.**

Dated at Bridgeport, Connecticut, this _____ day of _____, 2003.

_____
U.S. Magistrate Judge

# United States District Court

_____ DISTRICT OF _____

Plaintiff
Pastor Homar
v.
Glaxosmithkline
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, __Pastor Homar_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently Incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __GARNER CI Facility__
   __SO NUNNAWAUK P.O. Box 5500  Newtown, CT 06470-5500__

   Are you employed at the institution? __No__  Do you receive any payment from the institution? ____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or Inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Prisoner Authorization Form

Case Number: _____

Filing Date : _____
(To be filled in by Clerk)

Inmate Name: Pastor Homar

Inmate Number: #89830

D.O.C. Facility: Garner C.I.

Case Caption: Pastor Homar v. Glaxosmithkline USA

I, Pastor Homar , request and authorize the Department of Correction or any other, agency holding me in custody, to send to the CLERK OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, certified copies of my inmate trust fund account statements (or the institutional equivalent) for the past six months.

I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C. § 1915 (b), to deduct those amounts from my inmate trust fund account (or institutional equivalent) and to disburse those amounts AS INSTRUCTED BY THE UNITED STATES DISTRICT COURT.

This authorization is furnished with the above numbered and entitled case and shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT IF I AM PERMITTED TO PROCEED IN FORMA PAUPERIS THE ENTIRE FILING FEE OF $150 WILL BE PAID IN MONTHLY INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY INMATE TRUST FUND ACCOUNT **EVEN IF MY CASE IS DENIED OR DISMISSED**.

_____            09/27/03
Signature of Inmate                  Date Signed

**United States**



The World of GlaxoSmithKline

# Welcome

**Contact Information:**
5 Moore Drive
P.O. Box 13398
Research Triangle Park
NC 27709
Phone: 1-888-825-5249

One Franklin Plaza
Philadelphia, PA 19102
Phone: 1-888-825-5249

Consumer Healthcare
PO Box 1467
Pittsburgh, PA 15230

(Shipping)
100 Beecham Drive
Pittsburgh, PA 15205
Phone: 1-800-456-6670
or 1-412-928-1000

GlaxoSmithKline - one of the world's le research-based pharmaceutical and healthcare companies - is committed t( improving the quality of human life by enabling people to do more, feel better live longer.

For information about our products, ple visit our local Web sites using the links below, or contact us at our local offices Click here for information on career opportunities.

**Prescription Products**

-Local Site Links- 

**Non-Prescription Products**

-Local Site Links-

**General Health and Disease Information**

-Local Site Links-

This site is intended for US residents only.
Updated July 22, 2002 - © 2001-2002 GlaxoSmithKline - All Rights Reserved
Legal Notices - Privacy Statement - Contact Us

```
10/07/2003 13:44              DEPARTMENT OF CORRECTIONS           Page      1 Of     2
IM101                       CONNECTICUT DEPARTMENT OF CORRECTION           OTRTASTA
                              T R U S T   A C C O U N T   S T A T E M E N T     4.10.0.0.9 TR

  DOC:  0000089830    Name:  HOMAR, PASTOR F                      DOB:  08/09/1940
  LOCATION: 136-H

                                                        Max Date:
  ACCOUNT BALANCES   Total :     1,566.12   CURRENT:    1,566.12    HOLD:        0.00

                              04/01/2003     10/07/2003
  SUB ACCOUNT                START BALANCE   END BALANCE
  PLRA                           0.00           0.00
  SPENDABLE BALANCE            319.38        1,566.12

                           DEBTS AND OBLIGATIONS
      TYPE       PAYABLE                 INFO NUMBER        AMOUNT OWING   AMOUNT PAID


           TRANSACTION DESCRIPTIONS --                        PLRA  SUB-ACCOUNT
  DATE         TYPE    TRANSACTION DESCRIPTION    TRANSACTION AMT         BALANCE

           TRANSACTION DESCRIPTIONS --            SPENDABLE BALANCE  SUB-ACCOUNT
  DATE         TYPE    TRANSACTION DESCRIPTION    TRANSACTION AMT         BALANCE
  04/02/2003   CRS     CRS SAL ORD #1658105 D1      (    15.04)           304.34
  04/02/2003   WPOS    Postage  114                 (     1.06)           303.28
  04/07/2003   CRS     CRS SAL ORD #1667951 D1      (     4.69)           298.59
  04/07/2003   WFME    Med Eye Fee  114             (     3.00)           295.59
  04/09/2003   CRS     CRS SAL ORD #1673394 D1      (    22.13)           273.46
  04/16/2003   CRS     CRS SAL ORD #1688866 D1      (    30.94)           242.52
  04/23/2003   CRS     CRS SAL ORD #1701408 D1      (    21.99)           220.53
  05/09/2003   CRS     CRS SAL ORD #1733145 D1      (    24.67)           195.86
  05/19/2003   DMR     Mail Receipts  137                2,325.00       2,520.86
  05/19/2003   HOA     HOLD ATTY BARBIERI           ( 2,325.00)            195.86
  05/23/2003   CRS     CRS SAL ORD #1760491 D1      (    29.02)           166.84
  06/02/2003   HOR     Remove Hold                       2,325.00       2,491.84
  06/06/2003   CRS     CRS SAL ORD #1784789 D1      (    31.91)         2,459.93
  06/13/2003   CRS     CRS SAL ORD #1800539 D1      (    31.10)         2,428.83
  06/20/2003   CRS     CRS SAL ORD #1812261 D1      (    33.20)         2,395.63
  06/27/2003   WSR     Special Request  137         (   250.00)         2,145.63
  07/01/2003   CRS     CRS SAL ORD #1831424 D2      (    32.22)         2,113.41
  07/07/2003   CRS     CRS SAL ORD #1841819 D2      (    35.18)         2,078.23
  07/14/2003   CRS     CRS SAL ORD #1854699 D2      (    47.96)         2,030.27
  07/14/2003   WSR     Special Request - 125        (   250.00)         1,780.27
  07/18/2003   CRS     CRS SAL ORD #1866520 D2      (    41.31)         1,738.96
  07/21/2003   CRS     CRS SAL ORD #1869440 D2      (    26.51)         1,712.45
  07/21/2003   WCOP    Copies  125                  (     1.00)         1,711.45
```

Post-It® Fax Note    7671    Date 10/7    # of pages ▶
To Counselor Ralliford    From C. Breuer
Co./Dept. Garner    Co.
Phone #    Phone #
Fax # 203 270-1826    Fax #
89830

```
10/07/2003 13:44           DEPARTMENT OF CORRECTIONS         Page    2 Of    2
IM101                 CONNECTICUT DEPARTMENT OF CORRECTION        OTRTASTA
                      T R U S T   A C C O U N T   S T A T E M E N T   4.10.0.0.9 TR

DOC:  0000089830     Name: HOMAR, PASTOR F              DOB: 08/09/1940
LOCATION: 136-H
                                                 Max Date:
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 07/22/2003 | CEC | CEC SAL ORD #1854699 | 8.34 | 1,719.79 |
| 07/28/2003 | CRS | CRS SAL ORD #1881092 D2 | ( 22.65) | 1,697.14 |
| 07/31/2003 | CRS | CRS SAL ORD #1890371 D2 | ( 28.28) | 1,668.86 |
| 08/04/2003 | CEC | CEC SAL ORD #1881092 | 22.65 | 1,691.51 |
| 08/07/2003 | CRS | CRS SAL ORD #1902878 D2 | ( 20.30) | 1,671.21 |
| 08/14/2003 | CRS | CRS SAL ORD #1915948 D2 | ( 23.99) | 1,647.22 |
| 08/21/2003 | CRS | CRS SAL ORD #1929052 D2 | ( 24.22) | 1,623.00 |
| 09/04/2003 | CRS | CRS SAL ORD #1953526 D2 | ( 5.15) | 1,617.85 |
| 09/10/2003 | CRS | CRS SAL ORD #1967292 D2 | ( 17.33) | 1,600.52 |
| 09/18/2003 | CRS | CRS SAL ORD #1980841 D2 | ( 23.82) | 1,576.70 |
| 10/02/2003 | CRS | CRS SAL ORD #2006409 D2 | ( 10.58) | 1,566.12 |